IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MARTIN V. BARR, III,

    Petitioner,

v.    Civil Action No. 3:13CV785

DIRECTOR OF THE DEPARTMENT OF CORRECTIONS,

    Respondent.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1. Barr's Objections (ECF No. 20) are overruled;
2. The Report and Recommendation is accepted and adopted;
3. The Motion to Dismiss (ECF No. 8) is granted;
4. Barr's claims and the action are dismissed; and,
5. The Court denies a certificate of appealability.

Should Barr desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Final Order to Barr and counsel of record.

It is so ORDERED.

                                  /s/ REP

Date: March 2, 2015
Richmond, Virginia

Robert E. Payne
Senior United States District Judge